Alice Hoyman, defendant in error, v. William Bierkamp, plaintiff in error. Gen. No. 25,909.

Action to recover $3,000 with interest on a guaranty of corporate

stock purchased by plaintiff from defendant and $2,000 with interest due on a promissory note. Judgment for plaintiff on both claims. Error to the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.

Elmer E. Jackson, for plaintiff in error; Charles M. Haft, of counsel. Jacob Levy, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.